The Supreme Court docket number is SC 16872.

*Robert C. Mirto*, in support of the petition.

*J. Kevin Golger*, in opposition.

Decided November 21, 2002

MARIO MALLOZZI, JR. *v.* NATIONWIDE MUTUAL
INSURANCE COMPANY

KATZ, J., did not participate in the consideration or decision of this petition.

*Charles W. Fleischmann*, in support of the petition.

*Charles E. Hickey*, in opposition.

Decided November 21, 2002

FIDELITY BANK *v.* JOHN M. KRENISKY ET AL.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*John A. Keyes*, in support of the petition.

*David F. Borrino,* in opposition.

Decided November 21, 2002

MUNICIPAL FUNDING, LLC *v.* LOUIS GALULLO, TAX COLLECTOR OF THE CITY OF WATERBURY, ET AL.

*Robert P. Hanahan,* in support of the petition.

*Elaine M. Skoronski,* in opposition.

Decided November 21, 2002

CAROL MCENERNEY *v.* UNITED STATES SURGICAL CORPORATION ET AL.

*Jonathan H. Dodd,* in support of the petition.

Decided November 21, 2002

STATE OF CONNECTICUT *v.* SEAN ADAMS

*Lisa J. Steele,* special public defender, in support of the petition.